**Goddard Law PLLC**  
39 Broadway  
Suite 1540  
New York 10006

# INVOICE

**Nunez, Qiana**



### Invoice 10002

| Date | Jun 17, 2021 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Jun 17, 2021 |

**In Reference To: Nunez v. Community Health Center of Richmond (Labor)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 06/05/2020 | SD | **Review:** Reviewed file to draft complaint | 0.20 | $ 375.00/hr | $ 75.00 |
| 06/05/2020 | SD | **Correspondence:** Emailed QN re: response. | 0.10 | $ 375.00/hr | $ 37.50 |
| 06/05/2020 | MG | **Meeting:** Call to discuss claims and strategy | 0.60 | $ 500.00/hr | $ 300.00 |
| 06/05/2020 | SD | **Phone Call:** Call with MG about complaint draft and claims. | 0.60 | $ 375.00/hr | $ 225.00 |
| 06/05/2020 | SD | **Phone Call:** Call with Qiana Nunez to discuss next steps in case. | 0.50 | $ 375.00/hr | $ 187.50 |
| 06/09/2020 | SD | **Correspondence:** Emailed Matt re: reviewing complaint. | 0.10 | $ 375.00/hr | $ 37.50 |
| 06/09/2020 | SD | **Review:** Reviewed edits to complaint and sent to complaint to client. | 0.20 | $ 375.00/hr | $ 75.00 |
| 06/09/2020 | SD | **Correspondence:** Emailed client re: edits to complaint. | 0.40 | $ 375.00/hr | $ 150.00 |
| 06/10/2020 | SD | **Correspondence:** Emailed client re: complaint. | 0.10 | $ 375.00/hr | $ 37.50 |
| 06/10/2020 | SD | **Draft:** Drafted and sent consent form. | 0.20 | $ 375.00/hr | $ 75.00 |
| 06/10/2020 | MG | **Draft:** Drafted and worked on Complaint - ~~as to wage~~ | 2.70 | $ 500.00/hr | $ 1,350.00 |
| 06/10/2020 | SD | **Correspondence:** Emailed Qiana Nunez re: consent form. | 0.30 | $ 375.00/hr | $ 112.50 |
| 06/15/2020 | SD | **Draft:** Edited complaint. | 0.40 | $ 375.00/hr | $ 150.00 |
| 06/15/2020 | SD | **Correspondence:** Exchanged emails with Qiana Nunez re: ~~[redacted]~~ | 0.20 | $ 375.00/hr | $ 75.00 |
| 06/16/2020 | MG | **Draft:** Edited complaint. | 1.70 | $ 500.00/hr | $ 850.00 |
| 06/17/2020 | SD | **Other:** Filed complaint in SDNY. | 0.90 | $ 375.00/hr | $ 337.50 |

**Goddard Law PLLC**
39 Broadway
Suite 1540
New York 10006

# INVOICE

**Nunez, Qiana**

PRE-BILL

## Invoice 10002

| Date | Jun 17, 2021 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Jun 17, 2021 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/18/2020 | SD | **Draft:** Drafted waiver of service and sent complaint and waiver to OC. | 0.40 | $ 375.00/hr | $ 150.00 |
| 06/18/2020 | SD | **Correspondence:** Emailed HR re: service of complaint. | 0.10 | $ 375.00/hr | $ 37.50 |
| 06/22/2020 | SD | **Correspondence:** Followed up on waiver of service. | 0.10 | $ 375.00/hr | $ 37.50 |
| 06/23/2020 | SD | **Correspondence:** Emailed MG re: transfer to EDNY. | 0.20 | $ 375.00/hr | $ 75.00 |
| 06/23/2020 | SD | **Phone Call:** Discuss waiver of service with HR. | 0.10 | $ 375.00/hr | $ 37.50 |
| 06/23/2020 | SD | **Correspondence:** Emailed HR waiver of service. | 0.10 | $ 375.00/hr | $ 37.50 |
| 06/26/2020 | SD | **Draft:** Client meeting and research on ▓▓▓▓▓▓▓▓. | 1.50 | $ 375.00/hr | $ 562.50 |
| 07/01/2020 | SD | **Correspondence:** Emailed MG. | 0.10 | $ 375.00/hr | $ 37.50 |
| 07/06/2020 | SD | **Correspondence:** Emailed OC re: call tomorrow to transfer case. | 0.10 | $ 375.00/hr | $ 37.50 |
| 07/07/2020 | SD | **Court Time:** Court conference. | 0.20 | $ 375.00/hr | $ 75.00 |
| 07/07/2020 | SD | **Draft:** Drafted and sent stip for transfer to OC. | 0.40 | $ 375.00/hr | $ 150.00 |
| 07/07/2020 | SD | **Other:** Filed Stip and proposed order. | 0.10 | $ 375.00/hr | $ 37.50 |
| 07/09/2020 | SD | **Phone Call:** Call with MG re: ▓▓▓▓▓ | 0.10 | $ 375.00/hr | $ 37.50 |
| 07/09/2020 | SD | **Phone Call:** Call with MW re: ▓▓▓▓▓ | 0.40 | $ 375.00/hr | $ 150.00 |
| 07/10/2020 | SD | **Phone Call:** Call with MG. | 0.10 | $ 375.00/hr | $ 37.50 |
| 07/29/2020 | SD | **Research:** Researched ▓▓▓▓▓▓▓▓ | 0.70 | $ 375.00/hr | $ 262.50 |
| 07/29/2020 | SD | **Phone Call:** Call with MG re: ▓▓▓▓▓ | 0.30 | $ 375.00/hr | $ 112.50 |
| 07/29/2020 | SD | **Correspondence:** Emailed ▓▓▓▓ re: ▓▓▓▓ | 0.20 | $ 375.00/hr | $ 75.00 |
| 07/29/2020 | SD | **Correspondence:** Emailed ▓▓▓▓▓▓ | 0.20 | $ 375.00/hr | $ 75.00 |
| 07/29/2020 | SD | **Correspondence:** Emailed MC and RD re: fact pattern. | 0.30 | $ 375.00/hr | $ 112.50 |

**Goddard Law PLLC**
39 Broadway
Suite 1540
New York 10006

# INVOICE

**Nunez, Qiana**

PRE-BILL

### Invoice 10002

| Date | Jun 17, 2021 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Jun 17, 2021 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/30/2020 | SD | **Phone Call:** Call with ▮▮▮▮ of action. | 0.30 | $ 375.00/hr | $ 112.50 |
| 07/30/2020 | SD | **Research:** Researched additional regulations. | 0.70 | $ 375.00/hr | $ 262.50 |
| 07/30/2020 | SD | **Correspondence:** Emailed David Rosen. | 0.10 | $ 375.00/hr | $ 37.50 |
| 08/06/2020 | SD | **Correspondence:** Reviewed letter on Motion to Dismiss. | 0.10 | $ 375.00/hr | $ 37.50 |
| 08/07/2020 | SD | **Phone Call:** Call with ▮▮▮▮ | 0.10 | $ 375.00/hr | $ 37.50 |
| 08/10/2020 | SD | **Phone Call:** Call with Qiana Nunez. | 0.30 | $ 375.00/hr | $ 112.50 |
| 08/13/2020 | MG | **Draft:** Worked on editing complaint. | 1.60 | $ 500.00/hr | $ 800.00 |
| 08/19/2020 | SD | **Draft:** Drafted and filed amended complaint. | 0.60 | $ 375.00/hr | $ 225.00 |
| 09/01/2020 | SD | **Correspondence:** Emailed HR re: new response dates. | 0.10 | $ 375.00/hr | $ 37.50 |
| 09/03/2020 | SD | **Phone Call:** Call with ▮▮▮▮ | 0.20 | $ 375.00/hr | $ 75.00 |
| 09/03/2020 | SD | **Correspondence:** Emailed client re: status | 0.10 | $ 375.00/hr | $ 37.50 |
| 09/03/2020 | SD | **Phone Call:** Call with Qiana Nunez. | 0.30 | $ 375.00/hr | $ 112.50 |
| 09/11/2020 | SD | **Phone Call:** Call with client | 0.70 | $ 375.00/hr | $ 262.50 |
| 09/11/2020 | SD | **Phone Call:** Call with Qiana Nunez. | 0.40 | $ 375.00/hr | $ 150.00 |
| 09/14/2020 | SD | **Correspondence:** Updated clio. | 0.20 | $ 375.00/hr | $ 75.00 |
| 10/14/2020 | SD | **Phone Call:** Call with ▮▮▮▮ | 0.10 | $ 375.00/hr | $ 37.50 |
| 10/14/2020 | SD | **Correspondence:** Emailed ▮▮▮▮ damages▮▮▮ | 0.30 | $ 375.00/hr | $ 112.50 |
| 10/14/2020 | SD | **Correspondence:** Texted with Qiana Nunez. | 0.10 | $ 375.00/hr | $ 37.50 |
| 10/15/2020 | SD | **Correspondence:** Texted with Qiana Nunez re: therapy | 0.20 | $ 375.00/hr | $ 75.00 |
| 11/10/2020 | SD | **Phone Call:** Call with MG re: next steps. | 0.40 | $ 375.00/hr | $ 150.00 |
| 11/10/2020 | SD | **Review:** ▮▮▮▮ | 0.10 | $ 375.00/hr | $ 37.50 |

**Goddard Law PLLC**
39 Broadway
Suite 1540
New York 10006

# INVOICE

**Nunez, Qiana**

### Invoice 10002

PRE-BILL

| Date | Jun 17, 2021 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Jun 17, 2021 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/17/2020 | SD | **Correspondence:** Emailed demand to OC. | 0.20 | $ 375.00/hr | $ 75.00 |
| 11/20/2020 | SD | **Correspondence:** Emailed OC re: dismissing claims. | 0.10 | $ 375.00/hr | $ 37.50 |
| 11/23/2020 | SD | **Phone Call:** Call with Qiana Nunez re: update. | 0.40 | $ 375.00/hr | $ 150.00 |
| 11/23/2020 | SD | **Correspondence:** Emailed ▮▮▮▮ client. | 0.10 | $ 375.00/hr | $ 37.50 |
| 11/23/2020 | SD | **Correspondence:** Emailed call-in number for tomorrow. | 0.10 | $ 375.00/hr | $ 37.50 |
| 11/23/2020 | SD | **Correspondence:** Emailed OC re: stip. | 0.10 | $ 375.00/hr | $ 37.50 |
| 11/24/2020 | SD | **Phone Call:** Call with ▮▮▮▮ | 2.70 | $ 375.00/hr | $ 1,012.50 |
| 11/24/2020 | SD | Drafted stipulation and sent to OC. | 0.30 | $ 375.00/hr | $ 112.50 |
| 12/01/2020 | SD | **Correspondence:** Emailed OC re: stip. | 0.10 | $ 375.00/hr | $ 37.50 |
| 12/23/2020 | SD | **Review:** Reviewed SS. | 0.10 | $ 375.00/hr | $ 37.50 |
| 12/23/2020 | SD | **Phone Call:** Call with OC. | 0.30 | $ 375.00/hr | $ 112.50 |
| 12/23/2020 | SD | **Phone Call:** Call with Qiana Nunez re: update to case. | 0.40 | $ 375.00/hr | $ 150.00 |
| 12/28/2020 | SD | **Correspondence:** Emailed OC re: reduced demand. | 0.40 | $ 375.00/hr | $ 150.00 |
| 01/26/2021 | HR | **Review:** Review Initial PreTrial Discovery and Mediation Schedule, calendar deadlines per Schedule and email SD regarding schedule/deadlines/contact with OC | 0.30 | $ 150.00/hr | $ 45.00 |
| 01/26/2021 | SD | **Phone Call:** Call with HR re: next steps. | 0.10 | $ 375.00/hr | $ 37.50 |
| 01/27/2021 | SD | **Correspondence:** Emailed OC re: discovery plan. | 0.20 | $ 375.00/hr | $ 75.00 |
| 01/29/2021 | SD | **Phone Call:** Call with Qiana Nunez. | 0.30 | $ 375.00/hr | $ 112.50 |
| 02/03/2021 | SD | **Correspondence:** Texted with Qiana Nunez. | 0.30 | $ 375.00/hr | $ 112.50 |
| 02/05/2021 | MG | **Draft:** complied documents for exchange. | 2.60 | $ 500.00/hr | $ 1,300.00 |
| 02/10/2021 | MG | **Draft:** Worked on submission. | 1.00 | $ 500.00/hr | $ 500.00 |

**Goddard Law PLLC**
39 Broadway
Suite 1540
New York 10006

# INVOICE

**Nunez, Qiana**

PRE-BILL

### Invoice 10002

| Date | Jun 17, 2021 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Jun 17, 2021 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/12/2021 | MG | **Other:** Worked on damage calculations. | | 1.80 | $ 500.00/hr | $ 900.00 |
| 02/18/2021 | SD | **Correspondence:** Emailed to ▮▮▮▮▮ | | 0.20 | $ 375.00/hr | $ 75.00 |
| 02/19/2021 | SD | **Review:** Prepped for negotiation call. | | 0.80 | $ 375.00/hr | $ 300.00 |
| 02/19/2021 | SD | **Phone Call:** Negotiation call with OC. | | 0.50 | $ 375.00/hr | $ 187.50 |
| 02/19/2021 | SD | **Correspondence:** Texted with Qiana Nunez ▮▮▮▮▮ | | 0.30 | $ 375.00/hr | $ 112.50 |
| 02/22/2021 | SD | **Correspondence:** Reduced demand. | | 0.10 | $ 375.00/hr | $ 37.50 |
| 02/25/2021 | SD | **Correspondence:** Emailed OC to follow up on demand. | | 0.10 | $ 375.00/hr | $ 37.50 |
| 02/25/2021 | SD | **Phone Call:** Call with Qiana Nunez. | | 0.20 | $ 375.00/hr | $ 75.00 |
| 02/25/2021 | SD | **Correspondence:** Emailed MG, HR and TC re: case. | | 0.10 | $ 375.00/hr | $ 37.50 |
| 02/25/2021 | SD | **Correspondence:** Emailed re: strategy in case. | | 0.20 | $ 375.00/hr | $ 75.00 |
| 02/25/2021 | AC | Discuss case strategy with SD and MG; emails with client re same; review court orders re mediation and discovery. | | 0.40 | $ 375.00/hr | $ 150.00 |
| 03/04/2021 | AC | Emails with opposing counsel re joint status report due tomorrow; review of file re same; file notice of appearance. | | 0.50 | $ 375.00/hr | $ 187.50 |
| 03/05/2021 | AC | Draft and file joint status report re settlement, and discussions with opposing counsel re same. | | 0.30 | $ 375.00/hr | $ 112.50 |
| 03/09/2021 | AC | Call with opposing counsel re agreement to ask Stephen Sonnenberg to mediate through the EDNY mediation program, and next steps. | | 0.20 | $ 375.00/hr | $ 75.00 |
| 03/10/2021 | AC | Emails with opposing counsel and potential mediator Stephen Sonnenberg about scheduling mediation. | | 0.30 | $ 375.00/hr | $ 112.50 |

**Goddard Law PLLC**
39 Broadway
Suite 1540
New York 10006

# INVOICE

**Nunez, Qiana**

### Invoice 10002

PRE-BILL

| Date | Jun 17, 2021 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Jun 17, 2021 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/11/2021 | AC | Emails with client re mediation; arrangements with mediator; coordinate with CO re ECF filing of mediator selection. | 0.30 | $ 375.00/hr | $ 112.50 |
| 03/11/2021 | CO | **Draft:** Draft Mediation document for filing. | 0.50 | $ 150.00/hr | $ 75.00 |
| 03/12/2021 | HR | **Review:** Edits to Notice of Mediator Selection<br>Email to CO Re-Edits to Notice of Mediator Selection | 0.20 | $ 150.00/hr | $ 30.00 |
| 03/12/2021 | CO | **Other:** E-filed Notice of Selection of Mediator. | 0.30 | $ 150.00/hr | $ 45.00 |
| 03/17/2021 | AC | Scheduling first conference call with mediator. | 0.20 | $ 375.00/hr | $ 75.00 |
| 03/18/2021 | CO | **Filing:** Finalize and efile Notice of Withdrawal of Attorney (S. Duaban). | 0.30 | $ 150.00/hr | $ 45.00 |
| 03/19/2021 | CO | **Filing:** Finalize and efile Notice of Withdrawal of Attorney (S. Duaban). | 0.30 | $ 150.00/hr | $ 45.00 |
| 04/26/2021 | CO | **Correspondence:** Emails with Ms. Magnuson re: calendaring Mediation deadlines. | 0.20 | $ 150.00/hr | $ 30.00 |
| 04/26/2021 | CO | **Correspondence:** Email to Mr. Consiglio re: Mediation documents. | 0.10 | $ 150.00/hr | $ 15.00 |
| 04/26/2021 | CO | **Correspondence:** Review and respond to an email from Mr. Consiglio re: mediation documents. | 0.10 | $ 150.00/hr | $ 15.00 |
| 04/28/2021 | CO | **Correspondence:** Email to client re: Mediation documents. | 0.20 | $ 150.00/hr | $ 30.00 |
| 04/28/2021 | CO | **Correspondence:** Review Ms. Magnuson's email to client re: Mediation documents. | 0.10 | $ 150.00/hr | $ 15.00 |
| 04/28/2021 | CO | **Correspondence:** Email to client re: Mediation preparation session. | 0.10 | $ 150.00/hr | $ 15.00 |
| 04/29/2021 | CO | **Correspondence:** Emails to Ms. Magnuson re: ▮▮▮ | 0.10 | $ 150.00/hr | $ 15.00 |
| 05/01/2021 | KM | **Review:** Review file and discovery documents in preparation for mediation and client meeting pre mediation | 3.40 | $ 375.00/hr | $ 1,275.00 |

**Goddard Law PLLC**
39 Broadway
Suite 1540
New York 10006

# INVOICE

**Nunez, Qiana**



## Invoice 10002

| | |
|---|---|
| **Date** | Jun 17, 2021 |
| **Terms** | N/A |
| **Service Thru** | Jun 17, 2021 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2021 | KM | **Draft:** Mediation statement and review file and documents for same | 4.60 | $ 375.00/hr | $ 1,725.00 |
| 05/03/2021 | CO | **Correspondence:** Email to Ms. Magnuson re: Mediation documents for signature. | 0.10 | $ 150.00/hr | $ 15.00 |
| 05/03/2021 | KM | **Meeting:** Client meeting to prepare for mediation and discuss documents and discovery | 2.80 | $ 375.00/hr | $ 1,050.00 |
| 05/04/2021 | CO | **Correspondence:** Review of Ms. Magnuson's email with the client re: scheduling and update the calendar. | 0.10 | $ 150.00/hr | $ 15.00 |
| 05/05/2021 | CO | **Correspondence:** Review of email from Ms. Magnuson to JAMS re: executed Mediation Agreement. | 0.10 | $ 150.00/hr | $ 15.00 |
| 05/05/2021 | CO | **Correspondence:** Review and respond to an email from client. | 0.10 | $ 150.00/hr | $ 15.00 |
| 05/05/2021 | CO | **Correspondence:** Email to client re: revised Mediation Confidentiality Agreement. | 0.10 | $ 150.00/hr | $ 15.00 |
| 05/05/2021 | CO | **Review:** Review and upload revised Mediation Confidentiality Agreement. | 0.10 | $ 150.00/hr | $ 15.00 |
| 05/05/2021 | CO | **Review:** Review an email from Ms. Magnuson re: expenses, review of the file and respond. | 0.30 | $ 150.00/hr | $ 45.00 |
| 05/06/2021 | KM | **Meeting:** Mediation Day and client meeting pre mediation | 6.50 | $ 375.00/hr | $ 2,437.50 |
| 05/10/2021 | CO | **Correspondence:** Emails with Ms. Magnuson re: JAMS invoice. | 0.20 | $ 150.00/hr | $ 30.00 |
| 05/10/2021 | CO | **Correspondence:** Email to Lindsay Rovira (JAMS) re: request for a comprehensive invoice. | 0.10 | $ 150.00/hr | $ 15.00 |
| 05/11/2021 | CO | **Correspondence:** Review and respond to an email from Lindsay Rovira [JAMS} re: invoice. | 0.10 | $ 150.00/hr | $ 15.00 |
| 05/11/2021 | CO | **Correspondence:** Forward update JAMS invoice to Ms. Magnuson for review. | 0.10 | $ 150.00/hr | $ 15.00 |

**Goddard Law PLLC**
39 Broadway
Suite 1540
New York 10006

# INVOICE

**Nunez, Qiana**

Invoice 10002

PRE-BILL

| | |
|---|---|
| **Date** | Jun 17, 2021 |
| **Terms** | N/A |
| **Service Thru** | Jun 17, 2021 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/11/2021 | CO | **Correspondence:** Review and respond to an email from Ms. Magnuson re: invoice. | | 0.10 | $ 150.00/hr | $ 15.00 |
| 05/12/2021 | CO | **Correspondence:** Emails with Lindsay Rovira (JAMS) re: invoice. | | 0.30 | $ 150.00/hr | $ 45.00 |
| 05/17/2021 | CO | **Correspondence:** Emails with Ms. Magnuson re: Court notices and need for Notice of Appearance. | | 0.20 | $ 150.00/hr | $ 30.00 |
| 05/17/2021 | CO | **Filing:** Finalize and e-file Notice of Appearance. | | 0.40 | $ 150.00/hr | $ 60.00 |
| 05/19/2021 | HR | **Review:** Review SD Emails ███████ and Stipulation<br>Emails and call to Kelly Re- ███████ and Stipulation | | 0.70 | $ 150.00/hr | $ 105.00 |
| 06/07/2021 | CO | **Correspondence:** Review and reply to email from Ms. Magnuson re: Notice of Appearance. | | 0.10 | $ 150.00/hr | $ 15.00 |
| 06/08/2021 | KM | **Review:** Review and revise settlement agreement including multiple back and forth emails with defense counsel and client regarding same from 5/15-6/8 | | 1.30 | $ 375.00/hr | $ 487.50 |
| 06/14/2021 | HR | **Filing:** Finalized and Filed Letter Re-Extension of Time to File Motion for Settlement Approval | | 0.20 | $ 150.00/hr | $ 30.00 |
| 06/17/2021 | HR | **Research:** ███████ | | 0.70 | $ 150.00/hr | $ 105.00 |
| 06/17/2021 | HR | **Review:** ███████ | | 0.40 | $ 150.00/hr | $ 60.00 |
| 06/17/2021 | HR | **Research:** Look Up ███████<br>Emails to KM Re-Research Findings | | 0.20 | $ 150.00/hr | $ 30.00 |

| | |
|---|---|
| **Total Hours** | 64.30 hrs |
| **Total Labor** | $ 23,925.00 |
| **Total Invoice Amount** | $ 23,925.00 |
| **Previous Balance** | $ 0.00 |

**Goddard Law PLLC**
39 Broadway
Suite 1540
New York 10006



**Nunez, Qiana**



**Invoice 10002**

| Date | Jun 17, 2021 |
|---|---|
| Terms | N/A |
| Service Thru | Jun 17, 2021 |

Balance (Amount Due)     $ 23,925.00